# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:09-mj-174-DCK |
| ) | |
| v. ) | |
| ) | |
| FRANCISCO GARCIA-LOPEZ et al. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Complaint And Other Documents" (Document No. 6) filed September 24, 2015, seeking an order directing that the Complaint and Affidavit in Support of the Complaint be unsealed.

**IT IS, THEREFORE, ORDERED** that the motion be **GRANTED** and that the Complaint and Affidavit in Support of the Complaint be unsealed at this time.

The Clerk is directed to send a certified copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

**SO ORDERED**.

Signed: September 24, 2015

David C. Keesler
United States Magistrate Judge