# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:09-mj-174-DCK |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **FRANCISCO GARCIA-LOPEZ et al.** | ) | **ORDER** |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 7) the charges against Defendants in the criminal Complaint in the above-captioned case without prejudice, filed September 24, 2015.

**IT IS, THEREFORE, ORDERED** that the motion be **GRANTED** and that the charges against Defendants in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: September 24, 2015

David C. Keesler
United States Magistrate Judge